Case 3:12-cv-00566-PA   Document 23   Filed 02/19/13   Page 1 of 3

John A. Cochran, WSBA No. 38909
The Cochran Law Firm
10121 SE Sunnyside Rd., Ste. 300
Clackamas, OR 97015
(360) 721-4222
johnnycochran@comcast.net

*Attorneys for Plaintiff, Jorge Bentura*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JORGE BENTURA, | |
| Plaintiff, | Case No. 3:12-cv-00566-PA |
| v. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; DEUTSCHE BANK NATIONAL TRUST COMPANY; and RECONTRUST COMPANY, N.A. | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and among counsel for plaintiff Jorge Bentura and counsel for defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (fka Countrywide Home Loans Servicing LP) ("Bank of America"); Deutsche Bank National Trust Company, as Trustee for Holders of the GSR Mortgage Loan Trust 2006-OA1 (erroneously sued as "Deutsche Bank National Trust Company") ("Deutsche

PARTIES' STIPULATED MOTION TO DISMISS - 1

10121 SE SUNNYSIDE RD., STE. 300
CLACKAMAS, OREGON 97015
PHONE (360) 721-4222

Bank"); and ReconTrust Company, N.A. ("ReconTrust") (collectively, "Defendants"), that all claims in the above-captioned action shall be dismissed without prejudice and without attorneys' fees or costs to any party. The parties therefore stipulate to the entry of the subjoined Order without further notice to any party.

DATED this  day of February, 2013.

THE COCHRAN LAW FIRM LLC        LANE POWELL PC

By: /s/ John A. Cochran                By: /s/ Brian Kiolbasa
John A. Cochran, OSB No. 020022        Brian T. Kiolbasa, OSB No. 112890
Attorneys for Plaintiff, Jorge Bentura   Attorneys for Defendants

PARTIES' STIPULATED MOTION TO DISMISS - 2

THE COCHRAN LAW FIRM
10121 SE SUNNYSIDE RD., STE. 300
CLACKAMAS, OREGON 97015
PHONE (360) 721-4222

## ORDER

Plaintiff, Jorge Bentura, by and through its attorneys of record, and Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (fka Countrywide Home Loans Servicing LP) ("Bank of America"); Deutsche Bank National Trust Company, as Trustee for Holders of the GSR Mortgage Loan Trust 2006-OA1 (erroneously sued as "Deutsche Bank National Trust Company") ("Deutsche Bank"); and ReconTrust Company, N.A. ("ReconTrust"), by and through their attorneys of record, having stipulated for dismissal of all claims in the above-entitled matter without prejudice and without attorneys' fees or costs, and the court being fully advised in the premises; NOW, THEREFORE

IT IS ORDERED that the above-entitled matter is hereby dismissed without prejudice and without costs or attorneys' fees to any party.

DATED this __19__ day of __Feb.__, 2013.

_____
THE HONORABLE OWEN M. PANNER

Presented By:

THE COCHRAN LAW FIRM LLC            LANE POWELL PC

By: /s/ John A. Cochran               By: /s/ Brian T. Kiolbasa
John A. Cochran, OSB No. 020022       Brian T. Kiolbasa, OSB No. 112890
Attorneys for Plaintiff               Attorneys for Defendants